**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Tammy Terrell Pitts<br><br>Debtor(s) | Case No. 15 B 26341 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 11/24/2015.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,848.00 |
| Less amount refunded to debtor | $1,790.25 |

**NET RECEIPTS:** $57.75

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $57.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $57.75

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Accounts Recovery Bureau, Inc. | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| America S Financial Choice | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| American Credit System, Inc. | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans | Unsecured | 2,167.00 | NA | NA | 0.00 | 0.00 |
| ANN Arbor Credit Burea | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Bureau Parking | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| CNAC/Mi106 | Unsecured | 6,766.00 | NA | NA | 0.00 | 0.00 |
| Comcast-Chicago | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Compucredit Corp. | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc. | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| Dakota State Bank | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/Navient | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp. | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 6,846.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Toll Hwy Auth | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Imagine/FBOFD | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 2,616.51 | 2,616.51 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 4,202.00 | 4,218.02 | 4,218.02 | 0.00 | 0.00 |
| Lake Imaging | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Bank | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding, LLC | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Motion Funding Inc | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Multi Hospital Collection | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 15,927.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,402.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 14,417.00 | NA | NA | 0.00 | 0.00 |
| Sir Finance | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| South Beach | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| US Department of Education | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wow Cable | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,616.51 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,616.51** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,218.02** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $57.75 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$57.75** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/02/2016      By: /s/ Marilyn O. Marshall
                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**